UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: <u>CR 96-309-ER:</u>                Date: <u>April 16, 1996</u>

===============================================================

PRESENT: HONORABLE EDWARD RAFEEDIE, JUDGE

| <u>JUDY MATTHEWS</u> | <u>Mary Tucker</u> | <u>Stephen G. Larson</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

===============================================================
U.S.A. vs (Dfts listed below)       Attorneys for Defendants

1) <u>Anatoly M. Valushkin</u>              1) <u>Malcolm M. Guleserian, Retd.</u>
<u>x</u> pres  <u>x</u> custody  ___bond         <u>x</u> pres  ___apptd  <u>x</u> retnd

---

PROCEEDINGS:   Application for review of order setting conditions of release/detention

The Court having read and considered all pleadings submitted and having heard statement of counsel, the Magistrate Judge's order denying bail in this matter is affirmed, as the government has met its burden of showing that defendant is a flight risk, as well as a danger to the society.

MINUTES FORM 6
CRIM - GEN                                    Initials of Deputy Clerk _____