UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: <u>CR 96-309-ER:</u>                    Date: <u>December 16, 1996</u>

==================================================================

PRESENT: HONORABLE EDWARD RAFEEDIE, JUDGE

| <u>JUDY MATTHEWS</u> | <u>John Turman</u> | Stephen Larson |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

==================================================================

U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1)   <u>Anatoly Valushkin</u>                1)  <u>David R. Reed, Apptd.</u>

<u>x</u> pres ___ custody <u>x</u> bond          <u>x</u>  pres <u>x</u>  apptd ___ retnd

---

PROCEEDINGS:          SENTENCING: Plea Guilty Count 2

IT IS HEREBY ORDERED that the sentencing in the above cause of action is continued from Monday, December 16 1996 at 1:30 pm. to Thursday, January 9, 1997 at 4:30 pm. IT IS FURTHER ORDERED that the Probation Office assigned to this case respond to defendant's position papers.


cc: Counsel of Record
    Kent R. Costley, USPO

ENTER ON ICMS
DEC 23 1996

MINUTES FORM 6
CRIM - GEN                              Initials of Deputy Clerk _____